**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A.; BOARD OF TRUSTEES of the PIPE FITTERS' INDIVIDUAL ACCOUNT and 401(K) PLAN; and BOARD OF TRUSTEES of the PIPE FITTING COUNCIL OF GREATER CHICAGO, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO.: 10-CV-6962<br><br>JUDGE: FEINERMAN<br><br>MAGISTRATE JUDGE: KEYS |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| VALPARAISO PLUMBING COMPANY, INC., an Indiana Corporation; and ROGER T. DODRILL JR., an individual; | ) ) ) ) | |
| Defendants. | ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Now come Plaintiffs, the BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and move this Honorable Court for entry of Default Judgment in favor of Plaintiffs and against Defendants VALPARAISO PLUMBING COMPANY, INC. ("VALPARAISO") and ROGER T. DODRILL JR. ("DODRILL"), jointly and severally, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and in support thereof, state as follows:

1. On or about October 29, 2010, Plaintiffs filed their Complaint in the above-captioned

1

matter.

2. On November 5, 2010, copies of the Summons and Complaint were served upon Defendant VALPARAISO via corporate service, by leaving true and correct copies of said documents with DODRILL, the President of Defendant VALPARAISO. (Affidavit of Service is attached as Exhibit 1).

3. On November 5, 2010, copies of the Summons and Complaint were served upon Defendant DODRILL, via personal service, by leaving true and correct copies of said documents with DODRILL. (Affidavit of Service is attached as Exhibit 2).

4. Defendants VALPARAISO and DODRILL have failed to Answer or otherwise plead to the allegations of the Complaint within 21 days of November 5, 2010, the date on which the Defendants were served with the Summons and Complaint. (Fed. R. Civ. P. 12(a)(1)(A)(i)).

5. This Court may render a Default Judgment against a party who has not filed a responsive pleading or otherwise defended the suit. (Fed. R. Civ. P. 55(b)(2)).

6. This case involves the Defendants' failure to submit Contribution Reports, contributions, and wage deductions to the Plaintiffs, as required by the terms of the Collective Bargaining Agreement and Trust Agreements to which the Defendants are bound.

7. Defendants VALPARAISO and DODRILL currently owe the TRUST FUNDS and UNION $12,385.03 in unpaid contributions for the time period of September through December 2010. (Affidavit of Greg Watson is attached as Exhibit 3).

8. Defendants VALPARAISO and DODRILL owe the TRUST FUNDS $4,573.08 in unpaid liquidated damages and $281.18 in unpaid interest for the time period of December 2009 through present. (Exhibit 3).

9. VALPARAISO and DODRILL owe the TRUST FUNDS $2,306.25 in reasonable attorney's fees and court costs incurred by the Plaintiffs pursuant to the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. § 1132(g)(2)(D). (Affidavit of Attorney's Fees is attached as Exhibit 4).

10. A proposed Judgment Order has been submitted to the Court.

**WHEREFORE, Plaintiffs request the following:**

A. That Judgment be entered in favor of Plaintiffs and against Defendants VALPARAISO and DODRILL, jointly and severally, in the amount of $12,385.03 for unpaid contributions for the time period of September through December 2010;

B. That Judgment be entered in favor of Plaintiffs and against Defendants VALPARAISO and DODRILL, jointly and severally, in the amount of $4,854.26 for unpaid liquidated damages and interest for the time period of December 2009 through present;

C. That Judgment be entered in favor of Plaintiffs and against Defendants VALPARAISO and DODRILL, jointly and severally, in the amount of $2,306.25 for all reasonable attorney's fees and costs incurred by the Plaintiffs pursuant to the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. §1132(g)(2)(D); and

D. That Plaintiffs have such other relief and further relief as the Court may deem just and equitable all at Defendants' cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

Respectfully submitted,

**TRUSTEES OF THE PIPE FITTERS RETIREMENT FUND, LOCAL 597** *et al.*

By: /s/ William P. Callinan – 6292500
One of Plaintiffs' Attorneys

William P. Callinan
JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, Illinois 60606
(312) 372-8587